1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA TAYLOR, individually and as Executor of the Estate of CHE TAYLOR and JOYCE DORSEY <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEATTLE, MICHAEL SPAULDING, SCOTT MILLER, TIMOTHY BARNES AND AUDI ACUESTA <br><br> Defendants. | No._____ <br><br> COMPLAINT FOR DAMAGES UNDER 42 U.S.C. § 1983 |

**I. NATURE OF ACTION**

1.1   <u>Introduction</u>.  This is a civil rights action brought by

Plaintiff  pursuant to 42 U.S.C. Sec. 1983 and the Fourth and

Fourteenth Amendments against the Defendants and their marital

community.  This case arises from claims of assault, excessive

COMPLAINT FOR DAMAGES

Page 1 of 11

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675
Fax: (425) 649-1199

1    force, false arrest, unlawful seizure, tort of outrage,

2    negligence and violation of RCW 49.60.

3

4

5                          II.   PARTIES

6

7

8    2.1   Plaintiff BRENDA TAYLOR is the executor of the estate of Che

9          Taylor and at all times relevant was Che Taylor's wife.

10         Brenda Taylor is a resident of King County, Washington.

11   2.2   JOYCE DORSEY  is Che Taylor's mother and currently resides

12         in the state of Texas.

13   2.3   Defendants Michael Spaulding. At all times relevant Michael

14         Spaulding was employed as law enforcement by the Seattle

15         Police Department and was acting within the course and scope

16         of his employment with the City of Seattle and under color

17         of law. All of Tre Smith acts alleged herein was taken for

18         the benefit for the City of Seattle and his marital

19         community.

20   2.4   Defendant Scott Miller.  At all times relevant Scott Miller

21         was employed as law enforcement by the Seattle Police

22         Department and was acting within the course and scope of

23         their employment with the City of Seattle and under color of

24         law. All of Scott Miller acts alleged herein were taken for

25

COMPLAINT FOR DAMAGES                    **JAMES BIBLE LAW GROUP**
                                   14205 SE 36TH STREET, SUITE 100
Page 2 of 11                              BELLEVUE, WA 98006
                                         Phone:(425) 519-3675
                                         Fax: (425) 649-1199

1   the benefit of the City of Seattle and his marital

2   community.

3  2.5  <u>Defendant City of Seattle</u>.  Defendant City of Seattle (City)

4   is a municipality within the State of Washington and

5   employed the police officer that responded to the February

6   21, 2016 incident involving Che Taylor.  The civil rights

7   violations delineated herein were proximately caused by its

8   customs, policies and usages.

9  2.6  <u>Unknown Seattle Police Officers.</u>  At all times relevant,

10   the unknown police officers were employed as law enforcement

11   by the Seattle Police Department and were acting within the

12   course and scope of their employment with the City of

13   Seattle and under color of law.

14  2.7  <u>Timothy Barnes:</u> At all times relevant Timothy Barnes was

15   employed as law enforcement by the Seattle Police Department

16   and was acting within the course and scope of their

17   employment with the City of Seattle and under color of law.

18   All of Timothy Barnes acts alleged herein were taken for the

19   benefit of the City of Seattle and his marital community.

20  2.8  <u>Audi Acuesta:</u>  At all times relevant Audi Acuesta was

21   employed as law enforcement by the Seattle Police Department

22   and was acting within the course and scope of their

23   employment with the City of Seattle and under color of law.

24

25

COMPLAINT FOR DAMAGES

Page 3 of 11

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675
Fax: (425) 649-1199

1  All of Audi Acuesta acts alleged herein were taken for the

2  benefit of the City of Seattle and his marital community.

3

4

5  ### III.  JURISDICTION AND VENUE

6

7  3.1  <u>Jurisdiction</u>.  Jurisdiction in this Court is based on the

8  existence of a federal question pursuant to 28 U.S.C. §§ 1331

9  and 1343, in that Plaintiff assert claims for deprivation of

10  civil rights under 42 U.S.C. § 1983 for violation of the Fourth

11  Amendments to the United States Constitution.

12  3.2  <u>Venue</u>. Venue for this action is appropriate in this Court

13  because the events giving rise to the claims asserted herein

14  occurred in the Seattle Division of this district and because

15  the plaintiff and defendants reside in this district.

16

17  ### IV.   FACTS

18

19  4.1  On February 21, 2016 at approximately 4:15 p.m. Che Taylor

20  was shot by multiple Seattle Police Officers. Che Taylor was

21  an African American Male.

22  4.2  Che Taylor died as a result of the multiple gunshot wounds

23  that he received from the February 21, 2016 shooting.

24

25

COMPLAINT FOR DAMAGES

Page 4 of 11

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675
Fax: (425) 649-1199

4.3   Prior to the shooting, Che Taylor was standing in the
doorframe of a white motor vehicle talking to people inside
the vehicle.

4.4   Officers Michael Spaulding and Scott Miller were observing
Che Taylor in an undercover capacity prior to the shooting.
Officer Spaulding and Officer Miller were watching Che
Taylor from an undercover vehicle.

4.5   Based upon their perceived observations, Officer's Spaulding
and Miller chose to approach and attempt to arrest Che
Taylor.

4.6   Officer's Spaulding and Miller chose to approach Che Taylor
with long rifles because of the stopping power of these
particular firearms.

4.7   Officer's Spaulding and Miller were wearing black tactical
jackets at the time that they chose to approach and attempt
to arrest Che Taylor.

4.8   At the time that Officer's Spaulding and Miller began to
approach Che Taylor, a marked Seattle Police Vehicle began
to approach the scene.

4.9   officer's Barnes and Acuesta were in the Seattle Police
Vehicle that was approaching the scene.

4.10  The Seattle Police Vehicle that Officer Barnes and Officer
Acuesata were in captured the audio and video of the
incident that forms the basis for this case.

COMPLAINT FOR DAMAGES

Page 5 of 11

4.11 In the video, Officer Michael Spaulding and Scott Miller can be seen quickly approaching the Vehicle that Che Taylor was standing in with their guns drawn.

4.12 In the audio recording, Multiple officers can be heard simultaneously giving Che Taylor conflicting commands.

4.13 Some officers can be heard yelling at Che Taylor to put his hands up while other officers can be heard yelling at Mr. Taylor to get on the ground.

4.14 The police officer commands to Mr. Taylor were being  yelled at Che Taylor from multiple directions.

4.15 Che Taylor taylor can be seen on the video attempting to comply with the simultaneous and conflicting commands of the officers.

4.16 Che Taylor first puts his hands in the air and then attempts to go to the ground as instructed by officers.

4.17 Che Taylor was shot by Officer Spaulding and Officer Miller within seconds of their approach of Mr. Taylor.

4.18 After shooting Mr. Taylor, officers rolled his body over and handcuffed him.

4.19 Critical minutes lapsed between the time in which Che Taylor was shot and the time that officers allowed Medical Emergency Personnel to render aid.

COMPLAINT FOR DAMAGES

Page 6 of 11

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675
Fax: (425) 649-1199

4.20  Shortly after Che Taylor was shot, Seattle Police Officers
      began to turn their attention to the other individuals in
      the vehicle that Mr. Taylor had been standing by.

4.21  Seattle Police Officers commanded the remaining individuals
      in the car to get out of it.

4.22  The passenger in the backseat of the vehicle that Mr. Taylor
      was standing by had difficulty following police commands.
      The passenger in the back seat is a white female. First, the
      police instructed her to exit the vehicle out of the back
      door that is on the driver side.  Rather than going to the
      driver side back door, she lunged toward the passenger side
      door. The backseat passenger also failed to comply with
      officer commands when she initially got out of the vehicle.
      Officers did not shoot her for her.

4.23  The driver of the white vehicle was a white male.  Officers
      paid little to no attention to his actions or movements at
      the time that they approached Mr. Taylor.

4.24  Mr. Taylor was ultimately shot and killed while attempting
      to comply with conflict officer commands.

4.25  As a result of the actions of the police officers in this
      incident,  Che Taylor was denied due process of law.

COMPLAINT FOR DAMAGES

Page 7 of 11

**JAMES BIBLE LAW GROUP**
14205 SE 36TH STREET, SUITE 100
BELLEVUE, WA 98006
Phone:(425) 519-3675
Fax: (425) 649-1199

1

2

3                                **V.  CAUSES OF ACTION**

4

5   5.1   <u>First Cause of Action</u>.  By virtue of the facts set forth above,

6         defendants are liable to the all plaintiffs for damages for

7         negligence.

8   5.2   <u>Second Cause of Action.</u>  By virtue of the facts set forth

9         above, the Defendants are liable to all plaintiffs for the tort

10        of outrage.

11  5.3   <u>Third Cause of Action.</u>  By virtue of the facts set forth above,

12        the Defendants are liable to the plaintiff for false arrest.

13  5.4   <u>Fourth Cause of Action.</u>  By virture of the facts set forth

14        above, the Defendants are liable to the plaintiff for unlawful

15        seizure.

16  5.6   <u>Sixth Cause of Action.</u>   By virtue of the facts set forth

17        above, the Defendants are liable to the plaintiff for

18        Negligence.

19  5.7   <u>Seventh Cause of Action.</u> Per R.C.W 49.60.030 The Defendants are

20        liable to the plaintiff for violation of the plaintiff's civil

21        rights to the right to be free from discrimination because of

22        race, creed, color, national origin, sex, honorably discharged

23        veteran or military status, sexual orientation, or the presence

24        of any sensory, mental, or physical disability or the use of a

25

COMPLAINT FOR DAMAGES                          **JAMES BIBLE LAW GROUP**
                                        14205 SE 36TH STREET, SUITE 100
Page 8 of 11                                      BELLEVUE, WA 98006
                                               Phone:(425) 519-3675
                                               Fax: (425) 649-1199

trained dog guide or service animal by a person with a disability is recognized as and declared to be a civil rights.

5.8   42 U.S.C. §1983:  By virtue of the facts set forth above, all defendants are liable for compensatory and punitive damages for deprivation of civil rights of plaintiff Joyce Dorsey, guaranteed by the Fourteenth Amendments of the constitution of the United States and 42 U.S.C. §1983, to be free from their liberty interest in a familial relationship with her son, Che Taylor, without due process of law.

5.9   42 U.S.C. §1983:  By virtue of the facts set forth above, all defendants are liable for compensatory and punitive damages for deprivation of civil rights of plaintiff Brenda Taylor, guaranteed by the Fourteenth Amendments of the constitution of the United States and 42 U.S.C. §1983, to be free from their liberty interest in a familial relationship with her son, Che Taylor, without due process of law.

5.10  42 U.S.C. §1983:  By virtue of the facts set forth above, all defendants are liable for compensatory and punitive damages for deprivation of civil rights of plaintiff Estate of Che Taylor (his Children), guaranteed by the Fourteenth Amendments of the constitution of the United States and 42 U.S.C. §1983, to be free from their liberty interest in a familial relationship with their father, Che Taylor, without due process of law.

COMPLAINT FOR DAMAGES

Page 9 of 11

5.11 <u>42 U.S.C. §1983:</u>  By virtue of the facts set forth above, all defendants are liable for compensatory and punitive damages for deprivation of civil rights of plaintiff Estate of Che Taylor, guaranteed by the Fourteenth Amendments of the constitution of the United States and 42 U.S.C. §1983, to be free from their liberty interest in a familial relationship with their family member, Che Taylor, without due process of law.

WHEREFORE, Plaintiff pray for the following relief:

1.    Compensatory Damages and punitive damages in an amount to be proven at trial.  Plaintiff seeks punitive damages against all defendants;

2.    For reasonable attorney's fees and costs; and

3.    For such other and further relief as the Court deems just and equitable.

COMPLAINT FOR DAMAGES

Page 10 of 11

1    Dated this 20th day of February 2018,

2

3

4                                        _____
                                         James Bible, WSBA # 33985
5                                        Attorney for Plaintiff

6

7
                                         /s/Shakespear Feyissa_____
8                                        Shakespear Feyissa, WSBA #33747
                                         Attorney for the Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPLAINT FOR DAMAGES                           **JAMES BIBLE LAW GROUP**
                                         14205 SE 36TH STREET, SUITE 100
Page 11 of 11                                     BELLEVUE, WA 98006
                                            Phone:(425) 519-3675
                                            Fax: (425) 649-1199