# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BRENDA TAYLOR, individually and as executor of the ESTATE OF CHE ANDRE TAYLOR; CHE ANDREW TAYLOR JR., individually; and SARAH SETTLES on behalf of her minor child, C.M.T.,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

C18-262 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Stipulated Motion[1] to Amend Minute Order Setting Trial Date and Related Dates, docket no. 38, is GRANTED as follows. The Court issues the following amended schedule:

| | |
|---|---|
| **JURY TRIAL** set for **9:00 AM on** | June 22, 2020 |
| Amended Pleadings due by | December 6, 2019 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | December 6, 2019 |

---

[1] In their stipulated motion, the parties altered the caption to name Devitta Briscoe as executor of the Estate of Che Andre Taylor and to join the Estate of Brenda Taylor as a plaintiff; however, no motion or stipulation pursuant to Federal Rule of Civil Procedure 15(a) and/or 25(a) has been filed.

MINUTE ORDER - 1

| | | |
|---|---|---|
| Motions due by | | January 23, 2020 |
| Discovery completed by | | March 6, 2020 |
| Dispositive Motions due by<br>  and noted on the motions calendar no later<br>  than the fourth Friday thereafter (see LCR 7(d)) | | April 2, 2020 |
| Motions related to expert witnesses[2]<br>(e.g., Daubert motion) due by<br>  and noted on the motions calendar no later<br>  than the third Friday thereafter (see LCR 7(d)) | | April 9, 2020 |
| Motions in Limine due by<br>  and noted on the motions calendar no later<br>  than the Friday before the Pretrial Conference<br>  (see LCR 7(d)(4)) | | May 21, 2020 |
| Pretrial Order due[3] by | | June 5, 2020 |
| Trial Briefs to be submitted by | | June 5, 2020 |
| Proposed Voir Dire/Jury Instructions due by | | June 8, 2020 |
| Pretrial Conference set for | **1:30 PM on** | June 12, 2020 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than

---

[2] At the direction of the Court, a deadline for motions related to expert witnesses (e.g., Daubert motions) has been added. Any such motion shall be noted on the motion calendar no later than the third Friday after filing (see LCR 7(d)).

[3] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 18, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of April, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk