|   | |
|---|---|
| 1 | The Honorable Thomas S. Zilly |
| 2 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRENDA TAYLOR, individually, and as executor of the Estate of Che Andre Taylor; CHE ANDRE TAYLOR, JR., individually; and SARAH SETTLES on behalf of her minor child, CMT,

                    Plaintiffs,

vs.

CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE" SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof; TIMOTHY BARNES and "JANE DOE" BARNES, and their marital community composed thereof; and AUDI ACUESTA and "JANE DOE" ACUESTA, and their marital community composed thereof,

                    Defendants.

No.   2:18-CV-00262-TSZ

ORDER GRANTING <u>STIPULATED</u> MOTION TO AMEND MINUTE ORDER SETTING EXPERT RELATED DEADLINES FOR DAMAGES EXPERT ONLY

///

///

ORDER GRANTING <u>STIPULATED</u> MOTION TO AMEND MINUTE ORDER SETTING EXPERT RELATED DEADLINES FOR DAMAGES EXPERT ONLY - 1
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**ORDER**

The Court hereby GRANTS the Stipulated Motion to Amend Minute Order Setting Expert Related Deadlines for Damages Experts Only, docket no. 50, and amends the order as follows:

- Expert Witness Disclosure/Reports under FRCP 26(a)(2) are due by December 6, 2019. This deadline applies to all liability-related experts only.

- Expert Witness Disclosure/Reports under FRCP 26(a)(2) related to damage experts are due by February 4, 2020.

IT IS SO ORDERED this 26th day of November, 2019.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Respectfully submitted,

PETER S. HOLMES
Seattle City Attorney

By: *s/ Ghazal Sharifi*
  Ghazal Sharifi, WSBA# 47750
  Susan Park, WSBA #53857
  Assistant City Attorneys
E-Mail: Ghazal.Sharifi@seattle.gov
E-Mail: Susan.Park@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
 Phone: (206) 684-8200

ORDER GRANTING STIPULATED MOTION TO AMEND MINUTE ORDER SETTING EXPERT RELATED DEADLINES FOR DAMAGES EXPERT ONLY - 2
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200