UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA TAYLOR, et al.,

    Plaintiffs,

v.

CITY OF SEATTLE, et al.,

    Defendants.

C18-262 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' motion for leave to amend, docket no. 46, is GRANTED as follows. Plaintiffs may electronically file their Third Amended Complaint within fourteen (14) days of the date of this Minute Order. Such Third Amended Complaint shall comply with Local Civil Rule 5.2(a)(2) concerning redaction of the names of minors. The Court makes no ruling concerning whether the Estate of Brenda Taylor is a proper plaintiff or whether Joyce Dorsey or Joyce Taylor may be rejoined as a plaintiff. Defendants' responsive pleading or motion shall be filed by the deadline set forth in Federal Rule of Civil Procedure 15(a)(3).

(2) The Clerk is directed to SEAL all filings containing the names of minors, including the Amended Complaint, docket no. 6, the Second Amended Complaint, docket no. 29, and the proposed Third Amended Complaint, docket no. 46-2 & 47-1, and to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of December, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1