UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVITTA BRISCOE, individually, and as executor of the Estate of Che Andre Taylor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, et al., <br><br> Defendants. | C18-262 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' Motion to Compel Discovery, docket no. 48, is GRANTED. The forensic inspection of Che Andre Taylor's cellular phones is relevant to disputed facts concerning the claims, defenses, and damages in this case. Any discovery as a result of the inspection shall be subject to the parties' Stipulated Protective Order entered December 28, 2018, docket no. 32.

(2) The disclosure deadline for Mr. Muchmore's forensic expert report is EXTENDED to February 6, 2020.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of January, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1