The Honorable Thomas S. Zilly
Noting Date: February 24, 2020
NO ORAL ARGUMENT REQUESTED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA TAYLOR, individually, and as executor of the Estate of Che Andre Taylor; CHE ANDRE TAYLOR, JR., individually; and SARAH SETTLES on behalf of her minor child, CMT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE" SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof; TIMOTHY BARNES and "JANE DOE" BARNES, and their marital community composed thereof; and AUDI ACUESTA and "JANE DOE" ACUESTA, and their marital community composed thereof,<br><br>Defendants. | No.    2:18-CV-00262-TSZ<br><br>DEFENDANTS' MOTION TO AMEND THE COURT'S MINUTE ORDER<br><br>Noting Date: February 24, 2020<br>NO ORAL ARGUMENT REQUESTED |

DEFENDANTS' ANSWER TO PLAINTIFFS' THIRD AMENDED
COMPLAINT - 1  (2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Defendants City of Seattle, Michael Spaulding, Scott Miller, Timothy Barnes and Audi Acuesta ("Defendants"), by and through their attorneys of record, respectfully move the Court to amend its Minute Order (Dkt. 63) granting Defendants' Motion to Compel Discovery (Dkt. 48). Defendants now move the Court to: (1) allow the Seattle Police Department ("SPD") to unlock the password or passcode for entry into one of the two phones to be forensically inspected – the SESC Samsung Cell in White Case (Evidence ID/Property Report #624940-11) and extract the raw data from said phone; and (2) extend the disclosure deadline for Mr. Allan Muchmore's forensic expert report to February 28, 2020.

## I.     BACKGROUND

The Court's Minute Order (Dkt. 63) granted Defendants' Motion to Compel Discovery (Dkt. 48) in its entirety, with the only limitation being that "[a]ny discovery as a result of the inspection shall be subject to the parties' Stipulated Protective Order entered December 28, 2018." Defendants' Motion to Compel Discovery had specified that "[f]orensic expert **Mr. Muchmore** will examine Che Andre Taylor's cellular phones, **including the password or passcode for entry into the cellular phones.**" (emphasis added).

Defendants now move the Court to allow the Seattle Police Department ("SPD") (in place of Mr. Muchmore) to unlock the password or passcode for entry into one of the two phones to be forensically inspected – the SESC Samsung Cell in White Case (Evidence ID/Property Report #624940-11) and extract the raw data.

Following the Court's Minute Order (Dkt. 63), Mr. Muchmore gained custody of the two phones to be forensically inspected – (1) Blue Samsung Verizon Flip Phone (Evidence ID/Property Report #624971-1) and (2) SESC Samsung Cell in White Case (Evidence ID/Property Report #624940-11). (Muchmore Decl. ¶3).

DEFENDANTS' ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT - 2  (2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Upon examining the phones, Mr. Muchmore discovered that one of the phones (the SESC Samsung Cell in White Case (Evidence ID/Property Report #624940-11)) had a swollen battery, requiring a repair to turn on the phone (Muchmore Decl. ¶4). Upon that phone's battery being repaired, Mr. Muchmore discovered that he does not possess the technological capability to unlock the password or passcode for entry into that phone. (Muchmore Decl. ¶5). Upon his examination of the phone in question, Mr. Muchmore believes that SPD possesses systems specifically designed for unlocking the password or passcode for entry into that phone. (Muchmore Decl. ¶6).

If the Court permits SPD to unlock the password or passcode for entry into that phone and extract the raw data, Mr. Muchmore would resume his forensic examination of that phone permitted under the Court's Minute Order (Dkt. 63) (Muchmore Decl. ¶7).

## PRAYER FOR RELIEF

Defendants respectfully request that the Court: (1) allow the Seattle Police Department ("SPD") to unlock the password or passcode for entry into one of the two phones to be forensically inspected – the SESC Samsung Cell in White Case (Evidence ID/Property Report #624940-11) and extract the raw data from said phone; and (2) extend the disclosure deadline for Mr. Allan Muchmore's forensic expert report to February 28, 2020.

DATED this 16th day of January, 2020.

PETER S. HOLMES
Seattle City Attorney

By:  /s/ Ghazal Sharifi
Ghazal Sharifi, WSBA #47750
Susan Park, WSBA #53857
Assistant City Attorneys
E-Mail: Ghazal.Sharifi@seattle.gov

DEFENDANTS' ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT - 3  (2:18-CV-00262-TSZ)

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1  E-Mail: Susan.Park@seattle.gov

2  Seattle City Attorney's Office
   701 Fifth Avenue, Suite 2050
3  Seattle, WA 98104
   Phone: (206) 684-8200
4
   *Attorneys for Defendants City of Seattle, Michael Spaulding,*
5  *Scott Miller, Timothy Barnes and Audi Acuesta*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANTS' ANSWER TO PLAINTIFFS' THIRD AMENDED
COMPLAINT - 4 (2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on January __, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| |
|---|
| James Bible, Esq., WSBA# 33985<br>James Bible Law Group<br>14205 SE 36th Street, Suite 100<br>Bellevue, WA 98006<br>*[Attorney for Plaintiffs]* |
| Shakespear N. Feyissa, Esq., WSBA# 33747<br>Law Offices of Shakespear N. Feyissa<br>1001 4th Avenue, Suite 3200<br>Seattle, WA 98154<br>*[Attorney for Plaintiffs]* |
| Jesse Valdez, Esq. WSBA# 35278<br>Valdez Lehman, PLLC<br>14205 SE 36th Street, Ste. 100<br>Bellevue, WA 98006<br>*[Attorney for Plaintiffs]* |

　　　　　　　　/s Kelly Nakata_____
　　　　　　　　Kelly Nakata, Paralegal

DEFENDANTS' ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT - 5  (2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200