The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA TAYLOR, individually, and as executor of the Estate of Che Andre Taylor; CHE ANDRE TAYLOR, JR., individually; and SARAH SETTLES on behalf of her minor child, CMT,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE" SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof; TIMOTHY BARNES and "JANE DOE" BARNES, and their marital community composed thereof; and AUDI ACUESTA and "JANE DOE" ACUESTA, and their marital community composed thereof,<br><br>Defendants. | No.   2:18-CV-00262-TSZ<br><br>NOTICE RE-NOTED MOTION TO AMEND THE COURT'S MINUTE ORDER<br><br>RE-NOTE ON MOTION CALENDAR: January 31, 2020 |

TO: Clerk of the Court:

Please be advised that Defendants request to re-note their Motion to Amend the Court's Minute Order (Docket No. 65) from February 24, 2020 to January 31, 2020. The noting date of

NOTICE RE-NOTED MOTION TO AMEND THE COURT'S MINUTE ORDER- 1
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1  February 24, 2020 was a clerical error.

3  DATED this 23rd day of January, 2020.

4  PETER S. HOLMES
Seattle City Attorney

6  By: *s/ Ghazal Sharifi*
Ghazal Sharifi, WSBA# 47750
7  Susan Park, WSBA #53857
Assistant City Attorneys
8  E-Mail: Ghazal.Sharifi@seattle.gov
E-Mail: Susan.Park@seattle.gov

Seattle City Attorney's Office
10  701 Fifth Avenue, Suite 2050
Seattle, WA 98104
11  Phone: (206) 684-8200

12  *Attorneys for Defendants*

NOTICE RE-NOTED MOTION TO AMEND THE COURT'S MINUTE ORDER- 2
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| |
|---|
| Thomas P. Miller, WSBA# 34473<br>Christie Law Group, PLLC<br>2100 Westlake Avenue N., Suite 206<br>Seattle, WA 98109<br>*[Co-Counsel for Defendants]* |
| James Bible, Esq., WSBA# 33985<br>James Bible Law Group<br>14205 SE 36th Street, Suite 100<br>Bellevue, WA 98006<br>*[Attorney for Plaintiffs]* |
| Shakespear N. Feyissa, Esq., WSBA# 33747<br>Law Offices of Shakespear N. Feyissa<br>1001 4th Avenue, Suite 3200<br>Seattle, WA 98154<br>*[Attorney for Plaintiffs]* |
| Jesse Valdez, Esq. WSBA# 35278<br>Valdez Lehman, PLLC<br>14205 SE 36th Street, Ste. 100<br>Bellevue, WA 98006<br>*[Attorney for Plaintiffs]* |

　　　　　　　　　　　　_s/ Jennifer Litfin_____
　　　　　　　　　　　　Jennifer Litfin, Legal Assistant

NOTICE RE-NOTED MOTION TO AMEND THE COURT'S MINUTE ORDER- 3
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200