The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA TAYLOR, individually, and as executor of the Estate of Che Andre Taylor; CHE ANDRE TAYLOR, JR., individually; and SARAH SETTLES on behalf of her minor child, CMT,<br><br>      Plaintiffs,<br><br>  vs.<br><br>CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE" SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof; TIMOTHY BARNES and "JANE DOE" BARNES, and their marital community composed thereof; and AUDI ACUESTA and "JANE DOE" ACUESTA, and their marital community composed thereof,<br><br>      Defendants. | No. 2:18-CV-00262-TSZ<br><br>ORDER GRANTING DEFENDANTS' MOTION TO AMEND THE COURT'S MINUTE ORDER |

ORDER GRANTING DEFENDANTS' MOTION TO
AMEND THE COURT'S MINUTE ORDER - 1
(2:18-CV-00262-TSZ)

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**ORDER**

Pending before the Court is the Defendants' Motion, docket no. 65, to Amend the Court's Minute Order.

Being fully advised in this matter, and noting Plaintiffs' non-opposition, the Court hereby GRANTS Defendants' Motion to Amend as follows:

(a) The Seattle Police Department ("SPD") may unlock the password or passcode for entry into one of the two phones to be forensically inspected – the SESC Samsung Cell in White Case (Evidence ID/Property Report #624940-11) and extract the raw data from said phone; and

(b) The disclosure deadline for Mr. Allan Muchmore's forensic expert report is EXTENDED to February 28, 2020.

IT IS SO ORDERED this 31st day of January, 2020.

Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO
AMEND THE COURT'S MINUTE ORDER - 2
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Respectfully submitted,

PETER S. HOLMES
Seattle City Attorney

By: *s/ Susan Park*
  Ghazal Sharifi, WSBA# 47750
  Susan Park, WSBA #53857
  Assistant City Attorneys
  E-Mail: Ghazal.Sharifi@seattle.gov
  E-Mail: Susan.Park@seattle.gov

  Seattle City Attorney's Office
  701 Fifth Avenue, Suite 2050
  Seattle, WA 98104
  Phone: (206) 684-8200

  *Attorneys for Defendants*

ORDER GRANTING DEFENDANTS' MOTION TO
AMEND THE COURT'S MINUTE ORDER - 3
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200