The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEVITTA BRISCOE, individually, and as executor of the Estate of Che Andre Taylor; JOYCE DORSEY, individually; CHE ANDRE TAYLOR, JR., individually; and SARAH SETTLES on behalf of her minor child, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and DEMEKA GREEN for the Estate of Brenda Taylor,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE" SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof; TIMOTHY BARNES and "JANE DOE" BARNES, and their marital community composed thereof; and AUDI ACUESTA and "JANE DOE" ACUESTA, and their marital community composed thereof,<br><br>　　　　　　　　Defendants. | No.　2:18-CV-00262-TSZ<br><br>NOTICE OF ERRATA RE DECLARATION OF SCOTT MILLLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Defendants respectfully submit this Notice of Errata re the Declaration of Scott Miller in Support of Defendants' Motion for Summary Judgment ("Miller Declaration") which was filed on

NOTICE OF ERRATA RE DECLARATION OF SCOTT MILLLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 1
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

April 2, 2020, to correct errors caused by the filing of an incorrect version of the Miller Declaration, which was filed without Exhibit A.

The correct version of the Miller Declaration with the previously missing Exhibit A incorporated, is attached hereto as Exhibit 1. Defendants make no other changes.

DATED this 3rd day of April, 2020.

          PETER S. HOLMES
          Seattle City Attorney

By: *s/ Ghazal Sharifi*
    Ghazal Sharifi, WSBA# 47750
    Susan Park, WSBA #53857
    Assistant City Attorneys
    E-Mail:  Ghazal.Sharifi@seattle.gov
    E-Mail:  Susan.Park@seattle.gov

    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104
    Phone:  (206) 684-8200

*Attorneys for Defendants*

By    *s/ Thomas P. Miller*
    THOMAS P. MILLER
    2100 Westlake Avenue N., Suite 206
    Seattle, WA 98109
    Phone: 206-957-9669
    Email: tom@christielawgroup.com

*Attorneys for Defendants*

NOTICE OF ERRATA RE DECLARATION OF SCOTT MILLLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 2
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Thomas P. Miller, WSBA# 34473
> Christie Law Group, PLLC
> 2100 Westlake Avenue N., Suite 206
> Seattle, WA 98109
> *[Co-Counsel for Defendants]*

> James Bible, Esq., WSBA# 33985
> James Bible Law Group
> 14205 SE 36th Street, Suite 100
> Bellevue, WA 98006
> *[Attorney for Plaintiffs]*

> Shakespear N. Feyissa, Esq., WSBA# 33747
> Law Offices of Shakespear N. Feyissa
> 1001 4th Avenue, Suite 3200
> Seattle, WA 98154
> *[Attorney for Plaintiffs]*

> Jesse Valdez, Esq. WSBA# 35278
> Valdez Lehman, PLLC
> 14205 SE 36th Street, Ste. 100
> Bellevue, WA 98006
> *[Attorney for Plaintiffs]*

_s/ Jennifer Litfin_____
Jennifer Litfin, Legal Assistant

NOTICE OF ERRATA RE DECLARATION OF SCOTT MILLLER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - 3
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200