UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVITTA BRISCOE, individually, and as executor of the Estate of Che Andre Taylor; et al.,

        Plaintiffs,

v.

CITY OF SEATTLE; et al.

        Defendants.

C18-262 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court will consider Plaintiffs' late-filed Response, docket no. 92, and the Valdez Declaration, docket no. 93, to Defendants' Motion to Exclude Opinions of Gregory Gilbertson, docket no. 86. Defendants may file a supplemental reply brief by April 30, 2020, addressing the motion to exclude Gilbertson's opinions. Defendants' motion, docket no. 86, is RENOTED to May 1, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of April, 2020.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1