UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEVITTA BRISCOE, individually, and as executor of the Estate of Che Andre Taylor; JOYCE DORSEY, individually; CHE ANDRE TAYLOR, JR., individually; and SARAH SETTLES on behalf of her minor child, ███████████████, and DEMEKA GREEN for the Estate of Brenda Taylor,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE" SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof; TIMOTHY BARNES and "JANE DOE" BARNES, and their marital community composed thereof; and AUDI ACUESTA and "JANE DOE" ACUESTA, and their marital community composed thereof,<br><br>Defendants. | No.   2:18-CV-00262-TSZ<br><br>ORDER GRANTING STIPULATED MOTION TO SEAL |

THIS MATTER came before this Court on Defendants' Stipulated Motion to Seal, docket no. 72.  Defendants' Motion to Seal is hereby GRANTED.

DATED this 4th day of May, 2020.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATED MOTION TO SEAL - 1
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Respectfully submitted,

PETER S. HOLMES
Seattle City Attorney

By: *s/ Ghazal Sharifi*
  Ghazal Sharifi, WSBA# 47750
  Susan Park, WSBA #53857
  Assistant City Attorneys
  E-Mail:  Ghazal.Sharifi@seattle.gov
  E-Mail:  Susan.Park@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone:  (206) 684-8200

*Attorneys for Defendants*

By     *s/ Thomas P. Miller*
THOMAS P. MILLER
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: tom@christielawgroup.com

*Attorneys for Defendants*

---

ORDER GRANTING STIPULATED MOTION TO SEAL - 2
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200