UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA TAYLOR, individually and as Executor of the Estate of Che Andre Taylor, et al.,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

C18-262 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to General Order No. 07-20, which in response to the outbreak of Coronavirus Disease 2019 continues all civil and criminal in-person hearings and trial dates scheduled to occur before July 1, 2020, the trial date of June 22, 2020, is STRICKEN. The Pretrial Conference remains set for June 12, 2020, at 1:30 p.m., and counsel will be advised by email concerning how to participate. All deadlines set forth in the Minute Order entered April 8, 2019, docket no. 39, remain in full force and effect.

(2) Defendants are DIRECTED to file, within seven (7) days of the date of this Minute Order, a transcript of the recording described in their Notice of Filing Paper or Physical Materials With the Clerk dated April 24, 2020, docket no. 96, as the "first 2 minutes and 45 seconds of the video 'Officer Johnson Rear Camera Transport to HQ,' bates number CITY0000405."

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of May, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1