HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEVITTA BRISCOE, individually, and as executor of the Estate of Che Andre Taylor; JOYCE DORSEY, individually; CHE ANDRE TAYLOR, JR., individually; and SARAH SETTLES on behalf of her minor child, ▇▇▇▇▇▇▇▇▇▇, and DEMEKA GREEN for the Estate of Brenda Taylor,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof; TIMOTHY BARNES and "JANE DOE" BARNES, and their marital community composed thereof; and AUDI ACUESTA and "JANE DOE" ACUESTA, and their marital community composed thereof,<br><br>            Defendants. | No.   2:18-cv-00262-TSZ<br><br>DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO STRIKE PLAINTIFFS' SURREPLY AND DECLARATIONS OF JESSE VALDEZ<br><br>**Noted for Consideration: May 29, 2020** |

Defendants City of Seattle, Michael Spaulding, Scott Miller, Timothy Barnes, and Audi Acuesta ("Defendants") respectfully request that this Court grant them leave to move to strike the untimely and improper Surreply (Dkts. 99-100) and the additional Declaration of Jesse Valdez (Dkt.

DEFENDANTS' MOTION FOR LEAVE TO FILE
MOTION TO STRIKE PLAINTIFFS' SURREPLY
AND DECLARATIONS OF JESSE VALDEZ - 1
2:18-CV-00262

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

105).  Defendants acknowledge and understand that Local Civil Rule 7(g) states that motions to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike.  However, in this instance, Plaintiffs have submitted an unauthorized Surreply (Dkt. 99), accompanied by a declaration from counsel (Dkt. 100), without first filing a notice of intent to file a surreply.  LCR 7(g)(1).  The Surreply does not request the Court strike any materials in Defendants' Reply, and, instead, sets forth new arguments and evidence.  These arguments and new evidence are not permitted under LCR 7(g).  Then, on May 12, 2020, far more than five days after Defendants filed their Reply in Support of Motion for Summary Judgment, Plaintiffs submitted the Declaration of Jesse Valdez Response [*sic*] to Exhibit 3 Police Video Clip Dkt. 104. (Dkt. 105.)  Aside from being untimely and improper, this declaration is replete with hearsay and inadmissible testimony from Mr. Valdez.  (*Id*.)  It also contains a false representation of fact.  (*Id*.)  While Defendants respect this Court's rules, it is necessary to file the motion to strike to hold Plaintiffs accountable for improper filings and misrepresentations of fact.  For this reason, Defendants respectfully request the Court permit them to file the attached Motion to Strike Plaintiffs' Surreply and Declarations of Jesse Valdez.

DATED this 14th day of May, 2020.

> PETER S. HOLMES
> Seattle City Attorney
>
> By   */s/ Ghazal Sharifi*
>      GHAZAL SHARIFI, WSBA #47750
>      SUSAN PARK, WSBA #53857
>      Assistant City Attorneys
>      701 Fifth Avenue, Suite 2050
>      Seattle, WA 98104-7095
>      Email: Ghazal.Sharifi@seattle.gov
>      Email: Susan.Park@seattle.gov
>      Attorneys for Defendants

DEFENDANTS' MOTION FOR LEAVE TO FILE
MOTION TO STRIKE PLAINTIFFS' SURREPLY
AND DECLARATIONS OF JESSE VALDEZ - 2
2:18-CV-00262

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

CHRISTIE LAW GROUP, PLLC

By /s/ Thomas P. Miller
THOMAS P. MILLER, WSBA #34473
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: tom@christielawgroup.com
Attorney for Defendants

DEFENDANTS' MOTION FOR LEAVE TO FILE
MOTION TO STRIKE PLAINTIFFS' SURREPLY
AND DECLARATIONS OF JESSE VALDEZ - 3
2:18-CV-00262

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jesse Valdez, WSBA #35378
VALDEZ LEHMAN, PLLC
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Phone: 425-458-4415
Email: jesse@valdezlehman.com
*Attorney for Plaintiffs*

Shakespear N. Feyissa, WSBA #33747
LAW OFFICES OF SHAKESPEAR N. FEYISSA
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
Phone: 206-292-1246
Email: shakespear@shakespearlaw.com
*Attorney for Plaintiffs*

James Bible, WSBA #33985
JAMES BIBLE LAW GROUP
14205 SE 36th St., Suite 100
Bellevue, WA 98006-1553
Phone: 425-748-4585
Email: james@biblelawgroup.com
*Attorney for Plaintiffs*

Ghazal Sharifi, WSBA #47750
Susan E. Park, WSBA #53857
SEATTLE CITY ATTORNEY'S OFFICE
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
Phone: 206-233-7808
Email: ghazal.sharifi@seattle.gov; susan.park@seattle.gov
*Attorneys for Defendants*


CHRISTIE LAW GROUP, PLLC

By     /s/ Thomas P. Miller
       THOMAS P. MILLER
       Attorney for Defendants

DEFENDANTS' MOTION FOR LEAVE TO FILE
MOTION TO STRIKE PLAINTIFFS' SURREPLY
AND DECLARATIONS OF JESSE VALDEZ - 4
2:18-CV-00262

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: tom@christielawgroup.com

DEFENDANTS' MOTION FOR LEAVE TO FILE
MOTION TO STRIKE PLAINTIFFS' SURREPLY
AND DECLARATIONS OF JESSE VALDEZ - 5
2:18-CV-00262

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200