UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVITTA BRISCOE, as executor of the Estate of Che Andre Taylor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, et al., <br><br> Defendants. | C18-262 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The trial date having been stricken pursuant to General Order No. 07-20, *see* Minute Order (docket no. 103), and King County being unable at this time to transition to Phase 2 of the "Safe Start Washington" plan relating to Coronavirus Disease 2019, the Pretrial Conference set for June 12, 2020, at 1:30 p.m., is STRICKEN. The related deadlines for an agreed pretrial order, trial briefs, and proposed voir dire and jury instructions are also STRICKEN. Responses to motions in limine remain due today by midnight.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1