HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVITTA BRISCOE, as executor of the Estate of Che Andre Taylor; JOYCE DORSEY, individually; CHE ANDRE TAYLOR JR., individually; SARAH SETTLES on behalf of her minor child, ███████████ ███████; and DEMEKA GREEN for the Estate of Brenda Taylor,

Plaintiffs,

v.

CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE" SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof,

Defendants.

NO.  2:18-cv-00262-TSZ

DEFENDANTS MICHAEL SPAULDING AND SCOTT MILLER'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the individual defendants MICHAEL SPAULDING and SCOTT MILLER hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's denials of their claim of qualified immunity with respect to plaintiff's Fourth and Fourteenth Amendment claims under 42 U.S.C. § 1983 in the District Court's Order on Defendants'

DEFENDANTS' MICHAEL SPAULDING AND SCOTT MILLER'S NOTICE OF APPEAL - 1 (2:18-cv-00262-TSZ)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Motion for Summary Judgment and Denying Plaintiff's Motion for Partial Summary Judgment (Dkt. #117) entered on September 1, 2020, and in the District Court's Minute Order (Dkt. #120), which denied qualified immunity in ruling on Defendants' motion for reconsideration on the Fourth Amendment false arrest claims.  The District Court's denials of qualified immunity on Plaintiffs' Fourth and Fourteenth Amendment claims turn on issues of law and are appealable "final decisions" within the meaning of 28 U.S.C. § 1291.  *Mitchell v. Forsyth*, 105 S. Ct. 2806, 2817 (1985).  A copy of the Court's Orders are attached.

DATED this 29th day of September, 2020.

CHRISTIE LAW GROUP, PLLC


By _____/s/ Thomas P. Miller_____
    THOMAS P. MILLER, WSBA #34473
    2100 Westlake Avenue N., Suite 206
    Seattle, WA 98109
    Phone: 206-957-9669
    Email: tom@christielawgroup.com
    Attorney for Defendants

PETER S. HOLMES
Seattle City Attorney


By _____/s/ Ghazal Sharifi_____
    GHAZAL SHARIFI, WSBA #47750
    SUSAN PARK, WSBA #53857
    Assistant City Attorneys
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104-7095
    Email: Ghazal.Sharifi@seattle.gov
    Email: Susan.Park@seattle.gov
    Attorneys for Defendants

DEFENDANTS' MICHAEL SPAULDING
AND SCOTT MILLER'S NOTICE OF
APPEAL - 2 (2:18-cv-00262-TSZ)

1

**<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on the 29th day of September, 2020, I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system which will send notification of such filing

3    to the following:

4                                   Jesse Valdez, WSBA #35378
                                    VALDEZ LEHMAN, PLLC

5                                   14205 SE 36th St., Suite 100
                                    Bellevue, WA 98006

6                                   Phone: 425-458-4415
                                    Email: jesse@valdezlehman.com

7                                   *Attorney for Plaintiffs*

8                                   Shakespear N. Feyissa, WSBA #33747
                                    LAW OFFICES OF SHAKESPEAR N. FEYISSA

9                                   1001 Fourth Avenue, Suite 3200
                                    Seattle, WA 98154-1003

10                                  Phone: 206-292-1246
                                    Email: shakespear@shakespearlaw.com

11                                  *Attorney for Plaintiffs*

12                                  James Bible, WSBA #33985
                                    JAMES BIBLE LAW GROUP

13                                  14205 SE 36th St., Suite 100
                                    Bellevue, WA 98006-1553

14                                  Phone: 425-748-4585
                                    Email: james@biblelawgroup.com

15                                  *Attorney for Plaintiffs*

16                                  CHRISTIE LAW GROUP, PLLC

17

                                    By _____/s/ Thomas P. Miller_____
18                                      THOMAS P. MILLER
                                        2100 Westlake Avenue N., Suite 206

19                                      Seattle, WA 98109
                                        Phone: 206-957-9669

20                                      Email: tom@christielawgroup.com
                                        Attorney for Defendants

21

DEFENDANTS' MICHAEL SPAULDING
AND SCOTT MILLER'S NOTICE OF
APPEAL - 3 (2:18-cv-00262-TSZ)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669