HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVITTA BRISCOE, as executor of the Estate of Che Andre Taylor; JOYCE DORSEY, individually; CHE ANDRE TAYLOR JR., individually; SARAH SETTLES on behalf of her minor child, ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮; and DEMEKA GREEN for the Estate of Brenda Taylor,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE" SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof,<br><br>     Defendants. | NO.  2:18-cv-00262-TSZ<br><br>JOINT STATUS REPORT |

  In compliance with this Court's Minute Order (Dkt. #120), the parties conferred on Wednesday, September 30, 2020 and discussed a possible trial date in this matter and whether the parties agree to conduct trial via Zoom.  With respect to the trial date, defendants Spaulding and Miller have appealed this Court's denial of qualified immunity on Plaintiffs' Fourth and Fourteenth

JOINT STATUS REPORT - 1
(2:18-cv-00262-TSZ)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  Amendment claims. (Dkt. 125.) In the interests of judicial efficiency and avoiding two separate

2  trials, defendants intend to file a motion with this Court to stay the proceedings pending resolution

3  of the appeal. Plaintiffs may stipulate to that motion, as well. However, in the event the Court is

4  disinclined to stay the proceedings, the parties agreed upon a trial date of April 19, 2021. This

5  trial date would allow the parties time to engage in a scheduled mediation on December 4, 2020,

6  without incurring potentially needless trial preparation costs.

7      Defendants do not agree to try this case remotely via the Zoom platform.

8      DATED this 1st day of October, 2020.

9  VALDEZ LEHMAN, PLLC

10 By      /s/ Jesse Valdez
    Jesse Valdez, WSBA #35378
11     14205 SE 36th St., Suite 100
    Bellevue, WA 98006
12     Phone: 425-458-4415
    Email: jesse@valdezlehman.com
13

14 JAMES BIBLE LAW GROUP

15 By      /s/ James Bible
    James Bible, WSBA #33985
16     14205 SE 36th St., Suite 100
    Bellevue, WA 98006-1553
17     Phone: 425-748-4585
    Email: james@biblelawgroup.com
18

19 LAW OFFICES OF SHAKESPEAR N. FEYISSA

20 By      /s/ Shakespear N. Feyissa
21     Shakespear N. Feyissa, WSBA #33747

CHRISTIE LAW GROUP, PLLC

By      /s/ Thomas P. Miller
    THOMAS P. MILLER, WSBA #34473
    2100 Westlake Avenue N., Suite 206
    Seattle, WA 98109
    Phone: 206-957-9669
    Email: tom@christielawgroup.com

PETER S. HOLMES
Seattle City Attorney

By      /s/ Ghazal Sharifi
    GHAZAL SHARIFI, WSBA #47750
    SUSAN PARK, WSBA #53857
    Assistant City Attorneys
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104-7095
    Email: Ghazal.Sharifi@seattle.gov
    Email: Susan.Park@seattle.gov

*Attorneys for Defendants*

JOINT STATUS REPORT - 2
(2:18-cv-00262-TSZ)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
Phone: 206-292-1246
Email: shakespear@shakespearlaw.com

*Attorney for Plaintiffs*

JOINT STATUS REPORT - 3
(2:18-cv-00262-TSZ)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669