UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVITTA BRISCOE, as executor of the ESTATE OF CHE ANDRE TAYLOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, et al., <br><br> Defendants. | C18-262 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 126, the Court SETS the following deadline: any motion to stay this matter pending the appeal by defendants Michael Spaulding and Scott Miller is due by October 15, 2020, and shall be noted for the third Friday after filing.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of October, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1