UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVITTA BRISCOE, as executor of the ESTATE OF CHE ANDRE TAYLOR, et al.,<br><br>                      Plaintiffs,<br><br>  v.<br><br>CITY OF SEATTLE, et al.,<br><br>                      Defendants. | C18-262 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendants' motion, docket no. 131, to strike plaintiffs' cross-motion, docket no. 130, is DENIED.

(2)    Plaintiffs' cross-motion, docket no. 130, to certify as frivolous the interlocutory appeal taken by defendants Michael Spaulding and Scott Miller from the Court's denial of their motion for summary judgment on the basis of qualified immunity, *see* Order at 12-23 (docket no. 117), is DENIED.

(3)    Defendants' motion, docket no. 129, for a stay pending interlocutory appeal, is GRANTED. This case is STAYED until further order of the Court. The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the Ninth Circuit issues a mandate, or by December 31, 2021, which occurs earlier.

(4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of November, 2020.

                                      William M. McCool
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

MINUTE ORDER - 1