HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVITTA BRISCOE, as executor of the Estate of Che Andre Taylor; JOYCE DORSEY, individually; CHE ANDRE TAYLOR JR., individually; SARAH SETTLES on behalf of her minor child, ▮▮▮▮ ; and DEMEKA GREEN for the Estate of Brenda Taylor,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE" SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof,<br><br>Defendants. | NO. 2:18-cv-00262-TSZ<br><br>STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE<br><br>**Noted for Consideration:**<br>**December 7, 2020** |

## STIPULATION

On December 4, 2020, the parties to this lawsuit reached a mediated settlement agreement. In exchange for total payment of $1,500,000.00, Plaintiffs Devita Briscoe, as Executor of the Estate of Che Andre Taylor; Joyce Dorsey; Che Andre Taylor, Jr.; and Sarah Settles on behalf of her minor

STIPULATED ORDER OF DISMISSAL OF
ALL CLAIMS WITH PREJUDICE - 1
(2:18-cv-00262-TSZ)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

child, C.M.T agreed to dismiss all claims and causes of action with prejudice as a matter of law. Plaintiffs shall not appeal the Court's dismissal of any claims or parties on Defendants' motions to dismiss or Defendants' motion for summary judgment, including all claims brought by Demeka Green as Executor of the estate of Brenda Taylor. The parties further agree that each side shall bear its own costs and attorneys' fees in this matter.

In accordance with the terms of the settlement, Plaintiff Joyce Taylor shall receive payment of $500,000.00; Plaintiff Che Andre Taylor, Jr. shall receive payment of $500,000,00; and Plaintiff Devitta Briscoe as Executor of the Estate of Che Andre Taylor shall receive payment of $500,000.00, with $250,000.00 of that payment being distributed to Che Andre Taylor, Jr. and the other $250,000.00 of that payment being distributed to Sarah Settles as guardian of minor Plaintiff C.M.T. and to be held in trust for minor Plaintiff C.M.T. Given the relationships of the Plaintiffs to Che Andre Taylor, all Plaintiffs agree that the settlement on behalf of C.M.T. is reasonable and in her best interests. Settlement proceeds to C.M.T. from the estate are subject to the approval of an appointed Guardian Ad Litem and the Court.

## AGREED ORDER

This matter, having come on duly and regularly before the undersigned Judge of the above-entitled Court, and the parties having stipulated here, and the Court being fully advised in the premises, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. A Guardian Ad Litem shall be appointed to determine whether the allocation of $250,000 to C.M.T from the estate of Che Andre Taylor is reasonable. The Guardian Ad Litem shall then furnish the Court with a report, so the Court can make a finding

STIPULATED ORDER OF DISMISSAL OF
ALL CLAIMS WITH PREJUDICE - 2
(2:18-cv-00262-TSZ)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

under LCR 17 with respect to the reasonableness of the settlement for minor C.M.T.

2. Plaintiffs shall not appeal any claims dismissed by this Court in its orders on Defendants motions to dismiss or Defendants' motion for summary judgment;

3. All claims in this matter are hereby dismissed with prejudice, with each side bearing its own costs and attorneys' fees.

DONE this _____ day of _____, 2020.

_____
THE HONORABLE THOMAS S. ZILLY

Presented by:

CHRISTIE LAW GROUP, PLLC

By  /s/ Thomas P. Miller
THOMAS P. MILLER, WSBA #34473
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: tom@christielawgroup.com
Attorney for Defendants


PETER S. HOLMES
Seattle City Attorney

By  /s/ Ghazal Sharifi
GHAZAL SHARIFI, WSBA #47750
SUSAN PARK, WSBA #53857
Assistant City Attorneys
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
Email: Ghazal.Sharifi@seattle.gov
Email: Susan.Park@seattle.gov
Attorneys for Defendants

STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE - 3
(2:18-cv-00262-TSZ)

**Christie Law Group, PLLC**
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
206-957-9669

1  VALDEZ LEHMAN, PLLC

2

3  By    /s/ Jesse Valdez
   Jesse Valdez, WSBA #35378
   14205 SE 36th St., Suite 100
4  Bellevue, WA 98006
   Phone: 425-458-4415
5  Email: jesse@valdezlehman.com
   *Attorney for Plaintiffs*

6

7  LAW OFFICES OF SHAKESPEAR N. FEYISSA

8

   By    /s/ Shakespear N. Feyissa
9  Shakespear N. Feyissa, WSBA #33747
   1001 Fourth Avenue, Suite 3200
10 Seattle, WA 98154-1003
   Phone: 206-292-1246
11 Email: shakespear@shakespearlaw.com
   *Attorney for Plaintiffs*

12

13 JAMES BIBLE LAW GROUP

14

   By    /s/ James Bible
15 James Bible, WSBA #33985
   14205 SE 36th St., Suite 100
16 Bellevue, WA 98006-1553
   Phone: 425-748-4585
17 Email: james@biblelawgroup.com
   *Attorney for Plaintiffs*

18

19

20

21

STIPULATED ORDER OF DISMISSAL OF
ALL CLAIMS WITH PREJUDICE - 4
(2:18-cv-00262-TSZ)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jesse Valdez, WSBA #35378
VALDEZ LEHMAN, PLLC
14205 SE 36th St., Suite 100
Bellevue, WA 98006
Phone: 425-458-4415
Email: jesse@valdezlehman.com
*Attorney for Plaintiffs*

Shakespear N. Feyissa, WSBA #33747
LAW OFFICES OF SHAKESPEAR N. FEYISSA
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154-1003
Phone: 206-292-1246
Email: shakespear@shakespearlaw.com
*Attorney for Plaintiffs*

James Bible, WSBA #33985
JAMES BIBLE LAW GROUP
14205 SE 36th St., Suite 100
Bellevue, WA 98006-1553
Phone: 425-748-4585
Email: james@biblelawgroup.com
*Attorney for Plaintiffs*

CHRISTIE LAW GROUP, PLLC


By      /s/ Thomas P. Miller
   THOMAS P. MILLER
   2100 Westlake Avenue N., Suite 206
   Seattle, WA 98109
   Phone: 206-957-9669
   Email: tom@christielawgroup.com
   Attorney for Defendants

STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE - 5
(2:18-cv-00262-TSZ)

**Christie Law Group, PLLC**
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
206-957-9669