The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEVITTA BRISCOE, individually, and as executor of the Estate of Che Andre Taylor; JOYCE DORSEY, individually; CHE ANDRE TAYLOR, JR., individually; and SARAH SETTLES on behalf of her minor child, ███████████████, and DEMEKA GREEN for the Estate of Brenda Taylor, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SEATTLE; MICHAEL SPAULDING and "JANE DOE" SPAULDING, and their marital community composed thereof; SCOTT MILLER and "JANE DOE" MILLER, and their marital community composed thereof; TIMOTHY BARNES and "JANE DOE" BARNES, and their marital community composed thereof; and AUDI ACUESTA and "JANE DOE" ACUESTA, and their marital community composed thereof, <br><br> Defendants. | No.   2:18-CV-00262-TSZ <br><br> DEFENDANTS' RESPONSE TO PLAINTIFFS' PETITION TO APPOINT GUARDIAN AD LITEM FOR MINOR |

Defendants Respond to Plaintiffs' Petition to Appoint Guardian Ad Litem for Minor C.M.T.,

DEFENDANTS' RESPONSE TO PLAINTIFFS'
PETITION TO APPOINT GUARDIAN AD LITEM - 1
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

1  (Dkt. 138) to review the settlement reached by the parties through a mediated settlement agreement.

2  In response, Defendants' do not oppose Plaintiffs' Petition to Appoint Guardian Ad Litem for Minor

3  C.M.T. in this matter.

5      DATED this 20th day of January, 2021.

6                    PETER S. HOLMES
                     Seattle City Attorney

8              By:   *s/ Ghazal Sharifi*
                     Ghazal Sharifi, WSBA# 47750
9                    Susan Park, WSBA #53857
                     Assistant City Attorneys
10                   E-Mail: Ghazal.Sharifi@seattle.gov
                     E-Mail: Susan.Park@seattle.gov

12                   Seattle City Attorney's Office
                     701 Fifth Avenue, Suite 2050
                     Seattle, WA 98104
13                   Phone: (206) 684-8200

14                   *Attorneys for Defendants*

16             By    *s/ Thomas P. Miller*
                     Thomas Miller, WSBA #34473
                     CHRISTIE LAW GROUP
17                   2100 Westlake Avenue N., Suite 206
                     Seattle, WA 98109
18                   Phone: 206-957-9669
                     Email: tom@christielawgroup.com

20                   *Attorneys for Defendants*

DEFENDANTS' RESPONSE TO PLAINTIFFS'
PETITION TO APPOINT GUARDIAN AD LITEM - 2
(2:18-CV-00262-TSZ)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200