1

2

3

4

5

6                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
7                                      AT SEATTLE

8    DEVITTA BRISCOE, as executor of the
     ESTATE OF CHE ANDRE TAYLOR,
9    et al.,

10                     Plaintiffs,                    C18-262 TSZ

11          v.                                        ORDER

12   CITY OF SEATTLE, et al.,

13                     Defendants.

14          Plaintiffs' motion, docket no. 138, for appointment of an independent guardian

15   ad litem for plaintiff C.M.T., a minor, pursuant to Local Civil Rule 17(c), which is

16   unopposed, *see* Defs.' Resp. (docket no. 139), is GRANTED.  Morgan J. Wais is hereby

17   APPOINTED as Settlement Guardian Ad Litem for C.M.T. and shall discharge the duties

18   and obligations set forth in Local Civil Rule 17(c) and Washington Superior Court

19   Special Proceedings Rule ("SPR") 98.16W.  Mr. Wais shall file, **under seal**, within forty-

20   five (45) days of the date of this Order, a written report consistent with SPR 98.16W(e).

21   No separate motion to seal pursuant to Local Civil Rule 5(g) need be filed, but Mr. Wais

22   shall serve a copy of his report on all counsel of record via either U.S. mail or email,

23

based on each attorney's preference, and file proof of such service.  Mr. Wais shall be compensated at his customary hourly rate.

The Clerk is directed to send a copy of this Order to all counsel of record. Plaintiffs' counsel is DIRECTED to serve a copy of this Order on Mr. Wais and to file proof of such service within seven (7) days of the date of this Order.

IT IS SO ORDERED.

Dated this 22nd day of January, 2021.

Thomas S. Zilly
United States District Judge