UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVITTA BRISCOE, as executor of the ESTATE OF CHE ANDRE TAYLOR, et al.,

          Plaintiffs,

v.

CITY OF SEATTLE, et al.,

          Defendants.

C18-262 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Report of Settlement Guardian Ad Litem Morgan Wais, docket no. 142, the Court DIRECTS the parties to meet and confer and to file a Joint Status Report on or before April 16, 2021, concerning how they intend to proceed in their efforts to perfect their settlement and what deadline, if any, the Court should set for filing any motion pursuant to Local Civil Rule 17(c) and Washington Superior Court Special Proceedings Rule 98.16W.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of March, 2021.

          William M. McCool
          Clerk

          s/Gail Glass
          Deputy Clerk

MINUTE ORDER - 1